IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE DAVIS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2127

Opinion filed November 21, 2016.

An appeal from an order of the Circuit Court for Madison County.
Andrew J. Decker, III, Judge.

Willie Davis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     We affirm the denial of Appellant's postconviction motion, entitled "Second Motion to Dismiss." However, the order denying Appellant's motion for rehearing also barred any further pro se pleadings. If a court wishes to impose a bar to future pro se filings by Appellant, it must provide him notice and an opportunity to respond through issuance of a show cause order. See State v. Spencer, 751 So. 2d

47, 48-49 (Fla. 1999).  Accordingly, we reverse the portion of the order barring further pro se pleadings, and remand for the court to comply with the requirements of <u>Spencer</u>.

AFFIRMED IN PART; REVERSED IN PART AND REMANDED.

WOLF, RAY, and MAKAR, JJ., CONCUR.